**Order entered February 3, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00003-CV

**SHELBY BLACK AND DALLAS COUNTY RECOVERY, LLC, Appellants**

**V.**

**EMILIO NUNEZ INDIVIDUALLY AND A/N/F OF GABINO NUNEZ,
Appellee**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-20-12602**

### ORDER

Before the Court is appellee's February 2, 2023 unopposed motion for a one-week extension of time to file his jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than February 13, 2023.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE